

Entered on Docket
August 17, 2009

_____
Hon. Michael S. McManus
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq., Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
The Bank of New York as Trustee for the Certificateholders CWL, Inc. Asset-Backed Certificates, Series 2006-09   / file no. 09-72869

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-N-08-52309-gwz |
|---|---|
| Vesta F. Matzdorff | Date: 8/14/09<br>Time: 1:30pm<br>Chapter 13 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to the subject property described as 1353 Santa Cruz Drive, Minden, NV 89423, and legally described as follows:

PARCEL I:
PARCEL 2 AS SET FORTH ON PARCEL ON PARCEL MAP FOR J.W. ROBINSON ETUX, FILED FOR RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF DOUGLAS COUNTY, NEVADA ON APRIL 27,1987, IN BOOK 487, AT PAGE 2956, AS DOCUMENT NO. 153734, OF OFFICIAL RECORDS.

PARCEL II:
EXCLUSIVE EASEMENT FOR ROADWAY AND APPURTENANCE THERETO DATED

JANUARY 28, 1981 BY AND BETWEEN JACK M. BEAUCHAMP, ET UX AND JOHN WILLIAM ROBINSON. RECORDED APRIL 14, 1981, IN BOOK 481, AT PAGE 942, AS DOCUMENT NO. 55378, OF OFFICIAL RECORDS, OF DOUGLAS COUNTY, STATE OF NEVADA.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall not conduct the Trustee's Sale prior to October 13, 2009.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

/s/ GREGORY L. WILDE
_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Sean P. Patterson
232 Court Street
Reno, NV 89501
Attorney for Debtor(s)

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case

__x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

__X__ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or     ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ Opposition filed and withdrawn by Debtor's counsel

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or     ____ failed to respond to the document

Other Party:_____

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or     ____ failed to respond to the document

Submitted by:
/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor